In the

# United States Court of Appeals

For the Eleventh Circuit

No. 24-12662

DENNIS SCOTT,
CHAD DRIGGERS,
DOUGLAS WILLIS,
GEORGE ROWLAND,

*Plaintiffs-Appellees,*

*versus*

CITY OF DAYTONA BEACH, FLORIDA,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02192-WWB-RMN

No. 24-12964

DENNIS SCOTT,
CHAD DRIGGERS,

DOUGLAS WILLIS,
GEORGE ROWLAND,

*Plaintiffs-Appellees,*

*versus*

CITY OF DAYTONA BEACH, FLORIDA,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02192-WWB-RMN

---

Before NEWSOM, BRASHER, and TJOFLAT, Circuit Judges.

BY THE COURT:

"Plaintiffs / Appellees' Unopposed Motion to Transfer Consideration of Attorneys' Fees and Expenses" is GRANTED. *See* 11th Cir. R. 39-2(d).